UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JESSICA LITTLEFIELD, Individually, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> 195 CONGRESS STREET LLC , : <br>    a Maine Limited Liability Company : <br> : <br> Defendant. : <br> _____/ | **STIPULATION OF DISMISSAL** <br><br> Case No.: 2:12-cv-387 |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs file this stipulation of dismissal, signed by all parties that have appeared, dismissing this action with prejudice.

Dated this 5th day of June 2013.

Respectfully submitted:
/s/ Lynne Williams, Esq.
13 Albert Meadow
Bar Harbor, ME  04609
*Counsel for Plaintiff Jessica Littlefield*

/s/ Jonathan Goldberg
Mittel Asen, LLC
85 Exchange Street
Portland, ME  04112
*Counsel for Defendant 195 Congress Street, LLC*